```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 13719
   JEFFREY A SCHMITZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-5715


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/29/08 .

    2.   The case was dismissed without confirmation, 08/29/2008.

    3.   The Debtor paid a total of $   1120.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | 502.77 |
| GRUNDY COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |
| USAA FEDERAL SAVINGS BAN | SECURED VEHIC | .00 | .00 | 331.62 |
| USAA FEDERAL SAVINGS BAN | SECURED VEHIC | .00 | .00 | 220.66 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERILOAN | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEERPATH ORTHOPEDIC SURG | UNSECURED | NOT FILED | .00 | .00 |
| DISASTER SOLUTION | UNSECURED | NOT FILED | .00 | .00 |
| GENEVA ROTH VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| IMPACT CASH USA INC | UNSECURED | NOT FILED | .00 | .00 |
| MAGNUM CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MYCASHNOW.COM | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ONE CLICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| PAYCO GAC | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| REZIN ORTHOPEDIC CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SANTANNA ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| SJM MARKETING | UNSECURED | NOT FILED | .00 | .00 |

```
PAYDAY LOAN STORE          UNSECURED        NOT FILED              .00          .00
LITTLE LOAN SHOPPE         UNSECURED        NOT FILED              .00          .00
USAA FEDERAL SAVINGS BAN   UNSECURED        NOT FILED              .00          .00
VILLAGE OF CHANNAHON       UNSECURED        NOT FILED              .00          .00
WILLIAM PAGE               UNSECURED        NOT FILED              .00          .00
SCHNEIDER INVESTMENTS      NOTICE ONLY      NOT FILED              .00          .00
ILLINOIS DEPT REVENUE      PRIORITY         NOT FILED              .00          .00
COLLISION REVISION         UNSECURED        NOT FILED              .00          .00
GRUNDY COUNTY COLLECTOR    SECURED          NOT FILED              .00          .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00          .00         .00          .00
PRINCIPAL PAID        1055.05         .00          .00         .00      1055.05
INTEREST PAID             .00         .00          .00         .00          .00
TOTAL PAID            1055.05         .00          .00         .00      1055.05
```

The Debtor's attorney, JUNE PRODEHL & RENZI       , was allowed $   3500.00
and was paid $   1150.00   direct and $      .00  through the plan.

The Trustee received $      64.95 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 11/13/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 13719 JEFFREY A SCHMITZ